UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| VINCENT DIBENEDETTO,<br><br>                              Plaintiff,<br><br>              -against-<br><br>MAURICE COLEY,<br><br>                              Defendant. | 22-CV-5926 (PMH)<br><br>ORDER OF SERVICE |

PHILIP M. HALPERN, United States District Judge:

      The Clerk of Court is directed to issue a summons as to Defendant New York State Police Office Maurice Coley, Badge #4013 ("Defendant"). Plaintiff is directed to serve the summons and complaint on Defendant within 90 days of the issuance of the summons. If within those 90 days, Plaintiff has not either served Defendant or requested an extension of time to do so, the Court may dismiss the claims against Defendant under Rules 4 and 41 of the Federal Rules of Civil Procedure.

      The Clerk of Court is directed to terminate New York State Police as a party in this case. Pursuant to the Court's September 2, 2022 Order, Plaintiff's Section 1983 claims against the New York State Police are dismissed under the doctrine of Eleventh Amendment immunity. (Doc. 4).

**SO ORDERED.**

Dated:   White Plains, New York
            December 12, 2022

                                              PHILIP M. HALPERN
                                              United States District Judge