UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
VINCENT DIBENEDETTO,

                Plaintiff,

  -against-                                    22 **CIVIL** 5926 (PMH)

## **JUDGMENT**

MAURICE COLEY,

                Defendant.
-----------------------------------------------------------X

    It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated March 21, 2024, Defendant's motion to dismiss is GRANTED. Accordingly, the case is closed.

**Dated:** New York, New York

      March 21, 2024

                                                                         RUBY J. KRAJICK
                                                                           Clerk of Court

                                                 **BY:**

                                                                            **Deputy Clerk**